**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In Re:

DOMINIC RUBY GENAO,

      Debtor.

_____/

Case No.: 6:23-bk-04451-GER

Chapter 13

## <u>DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS (DOC NO. 37)</u>

COMES NOW Debtor DOMINIC RUBY GENAO, and responds to the Trustee's Motion to Dismiss his case (Doc No. 37) and in support hereof states:

1.     The Debtor filed his voluntary petition for relief under Chapter 13 of the Bankruptcy Code in good faith.

2.     The Debtor, with the help of his undersigned counsel, filed his first Chapter 13 Plan on December 29, 2023.

3.     It was upon doing so that he first learned how much his estimated monthly plan payments are.

4.     Ten days later the Trustee filed her Motion to Dismiss Case for Failure to Maintain Timely Plan Payments on January 8, 2024 claiming a shortfall of $3,913.80.

5.     On or about January 22, 2024 the Debtor mailed the payment in full of $3,913.80 to the Trustee as referenced in the Motion.

6.     Upon information and belief, the Debtor has made all plan payments and complied with all necessary requirements to be granted a Chapter 13 Discharge.

7.     By making all plan payments and complying with all additional Chapter 13 requirements, the Debtor believes that he is entitled to receive a fresh start.

In Re: Dominic Ruby Genao; Case No. 6:23-bk-04451-GER
Debtor's Response to Trustee's Motion to Dismiss; Page 2

8.      This Response is timely filed within the 21-day negative notice period.

WHEREFORE the Debtor respectfully requests that this Honorable Court deny the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments and provide such further relief as deemed equitable and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that a true and accurate copy of this Response has been furnished to: **Debtors:** Dominic Ruby Genao, 9868 Osprey Landing Dr., Orlando, FL  32832-5994; **Trustee:** Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL  32790; and **US Trustee:** Office of the United States Trustee, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, Florida 32801 via CM/ECF or U.S. Mail, First Class on this 29th day of January 2024.

/s/ Oscar González, Jr.                    .
Oscar González, Jr., Esq.
Fla. Bar No. 0137723
Law Offices of Oscar González, Jr.
P.O. Box 950969
Lake Mary, FL  32795
Tel. (407) 275-2105
info@oscargonzalezlaw.com
Attorney for Debtor

In Re: Dominic Ruby Genao; Case No. 6:23-bk-04451-GER
Debtor's Response to Trustee's Motion to Dismiss; Page 3

**Exhibit "A"**

**Exhibit "B"**

**Exhibit "C"**